IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHARON ROEBEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-00163 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Holmes |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 14), filed with a Memorandum in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 16.) Subsequently, Magistrate Judge Holmes issued a Report and Recommendation ("Report") recommending that the Motion be granted and that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 19 at 15.) The Report was filed on December 10, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) for additional consideration of Plaintiff's claims, with emphasis on Plaintiff's lower back condition. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 29th day of December, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT